UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA FONSECA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 TO 10,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-03575-SI<br>*[Contra Costa County Superior Court Case No. C23-00086]*<br><br>[~~PROPOSED~~] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>Complaint Filed: January 12, 2023 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff ANGELICA FONSECA is hereby dismissed in its entirety, with prejudice.

Dated: September 25, 2023　　　　By: _____/s/ Susan Illston_____
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

- 1 -
**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

    **[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Edmond R. Pietraczyk, Esq.<br>Law Offices of Edmond R. Pietraczyk<br>18 Crow Canyon Court, Suite 160<br>San Ramon, CA 94583<br>(925) 838-0800; Fax: (925) 838-5800<br>edrpietraczyk@sbcglobal.net | Attorneys for Plaintiff,<br>ANGELICA FONSECA |
|---|---|

5. a. **X** **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9/25/2023 | Amy Eivazian | *(signed)* Amy Eivazian |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33494\Pleadings\FEDERAL\Order of Dismissal.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221